### Owen KELLY et al.

v.

### C. H. SPRAGUE & SONS et al.

No. 80–24–A.

Supreme Court of Rhode Island.

Sept. 11, 1980.

John F. Dolan, Leonard A. Kiernan, Jr., Providence, for plaintiffs.

Decof & Grimm, Leonard Decof, Providence, for defendants.

## ORDER

Defendants having filed their brief, the plaintiff's motion to dismiss defendants' appeal is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.